No. 88–70. DEKLEWA ET AL., DBA JOHN DEKLEWA & SONS v. NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 88–306. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, LOCAL 3, AFL–CIO v.

National Labor Relations Board et al. C. A. 3d Cir. Certiorari denied.